UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES MICHAEL WHITE                                                                                  PLAINTIFF

v.                                       No. 6:18-CV-6047

THE RETIREMENT PLAN OF
INTERNATIONAL PAPER COMPANY, et al.                                                    DEFENDANT

**ORDER**

Before the Court is a joint motion (Doc. 20) to dismiss this case with prejudice. The motion represents that the matter has settled. Dismissal on these terms is proper.

IT IS THEREFORE ORDERED that the motion (Doc. 20) is GRANTED and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 19th day of December, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE